# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MARCH 13, 2020

### NO. 03-19-00928-CV

**Michael Barron and Donald Little, Appellants**

**v.**

**Francis Shaw, Doyle Shaw, Pete Barrera, and John Aguilar, Members of the Barnhart Water Supply Corporation, Inc., Appellees**

**APPEAL FROM THE 51ST DISTRICT COURT OF IRION COUNTY
BEFORE CHIEF JUSTICE ROSE, JUSTICES BAKER AND TRIANA
DISMISSED FOR WANT OF JURISDICTION -- OPINION BY JUSTICE TRIANA**

This is an appeal from the order signed by the trial court on December 17, 2019. Having reviewed the record, it appears that the Court lacks jurisdiction over the appeal. Therefore, the Court dismisses the appeal for want of jurisdiction. Appellant shall pay all costs relating to this appeal, both in this Court and in the court below.